# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HARLAN L. RAPE,<br><br>       Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner, Social Security Administration,<br><br>       Defendant, | Case No. CIV-13-460-RAW-KEW |

## ORDER

On March 6, 2015, the United States Magistrate Judge entered a Report and Recommendation in the above-referenced case, recommending that this Court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ"), denying benefits to Plaintiff. Plaintiff filed an objection on March 20, 2105, arguing that: (1) his mental impairments should have been factored into the ALJ's decision; (2) his vascular disease should have been considered and discussed in regard to Listed Impairments; (3) the residual functional capacity ("RFC") determination was not based on substantial evidence and was insufficient to account for all of his physical and mental impairments; (3b) the credibility determination was faulty and improper; (4) the jobs identified by the decision are not based on substantial evidence, did not account for all of the relevant findings and are not appropriate for Plaintiff; (5) his literacy test and wheelchair prescription were not properly considered; and (6) he meets Medical-Vocational Guideline 201.14 and should be found disabled.

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to affirm the ALJ is well-supported. The ALJ's decision is supported by substantial evidence, and the correct legal standards were applied. Accordingly, the Report and Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner upholding on appeal the findings of the ALJ is affirmed.

IT IS SO ORDERED this 25th day of March, 2015.

**Dated this 25th day of March, 2015.**

*Ronald A. White*
Ronald A. White
United States District Judge
Eastern District of Oklahoma